IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:11-cv-364-MOC-DSC

| | |
|---|---|
| REGINA WELLS,<br><br>　　Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC, DOLLAR GENERAL CORPORATION, KENNETH JOHNSON, KEN CHISHOLM and JOHN DOES 1-100,<br><br>　　**Defendants.** | ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF SARAH E. BRADBURY |

**THIS MATTER** is before the Court upon the Application for Admission to Practice *Pro Hac Vice* on behalf of Sarah E. Bradbury to represent Defendants Dolgencorp, LLC and Dollar General Corporation in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

　　**SO ORDERED.**

Signed: August 26, 2011

_____
David S. Cayer
United States Magistrate Judge