IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:11-cv-364-MOC-DSC

| | |
|---|---|
| REGINA WELLS,<br><br>   Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC, DOLLAR GENERAL CORPORATION, KENNETH JOHNSON, KEN CHISHOLM, & JOHN DOE 1-100,<br><br>   **Defendants.** | AMENDED ORDER GRANTING DOLGENCORP, LLC'S AND DOLLAR GENERAL CORPORATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES |

**FOR GOOD CAUSE SHOWN,** the time for Defendants Dolgencorp, LLC and Dollar General Corporation to answer Plaintiff's First Set of Interrogatories To Defendants Dolgencorp, LLC and Dollar General Corporation and Plaintiff's First Request for Production of Documents, Electronically Stored Information and Tangible Things to Defendants Dolgencorp, LLC and Dollar General Corporation is hereby extended through and including June 20, 2012.

**SO ORDERED**.

Signed: May 22, 2012

_____
David S. Cayer
United States Magistrate Judge

3118108v1