IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:11CV364-MOC-DSC

| | |
|---|---|
| REGINA WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DOLGENCORP, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 36) filed June 21, 2012 requesting admission of attorney Celeste R. Yeager to represent Defendants Dolgencorp, LLC, Dollar General Corporation and Ken Chisholm. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>.

**SO ORDERED**.    Signed: June 22, 2012

David S. Cayer
United States Magistrate Judge